# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

CARLO AMERICA;
LIDIA AMERICA;
AMRIK JOHAL;
KULDIP JOHAL; and Does 1-10,

    Defendants.

Case No.: 5:18-CV-01056-EJD

**ORDER** [proposed]

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for 2/28/2019 at 10 am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. The parties shall file a response to Order to Show Cause or Stipulated Dismissal by 2/18/2019.

**IT IS SO ORDERED.**

Dated: 12/20/2018

_____
HONORABLE EDWARD J. DAVILA
United States District Judge